# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| **ALISA LAMAY,** | |
| Plaintiff, | |
| Vs. | **CIVIL ACTION NO:** |
| **ENRIQUE A. CARLO and LUNG ROCKET ENTERPRISES, LLC** | **JURY DEMANDED** |
| Defendants. | |

## COMPLAINT

## INTRODUCTION

Plaintiff, by and through counsel, brings this action for legal and equitable relief to address Defendants' failure to pay overtime as required by the Fair Labor Standards Act ("FLSA").

## JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S. §§ 1331, 1337, and Section 16(b) of the Fair Labor Standards Act of 1938 ("FLSA") 29 U.S.C. § 201, *et seq.*

1

2. Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this District, and Defendants are subject to personal jurisdiction in Alabama.

## PARTIES

3. Defendant LUNG ROCKET ENTERPRISES, LLC ("Lung Rocket") is a corporation doing business in Alabama as Steel City Emergency Vets.

4. Defendant ENRIQUE A. CARLO ("Carlo") is a member and the owner of Lung Rocket Enterprises, LLC.

5. Plaintiff ALISA LAMAY (hereinafter "Plaintiff" or "Lamay") is a resident of Cottondale, Alabama, and is over the age of nineteen (19) years and worked for the Defendants.

6. Plaintiff was an employee of Lung Rocket until January 9, 2020.

7. At all times relevant, Defendant Carlo held managerial responsibilities and had substantial control of the terms and conditions of Plaintiff's work conditions.

8. Defendant Carlo was Plaintiff's employer as that term is used in the FLSA.

9. Defendant Lung Rocket's primary place of business is 1900 Hoover Court, Hoover, AL 35226.

10. Defendant Lung Rocket is an enterprise engaged in interstate commerce. Employees of Lung Rocket are regularly engaged in interstate commerce.

11. Lung Rocket is an enterprise whose annual gross volume of sales is at least $500,000 per year.

12. At all times relevant, Plaintiff Lamay was an individual engaged in interstate commerce.

## STATEMENT OF FACTS

13. Defendants hired Lamay on or about the month of October 2017.

14. Lamay worked for Defendants as a Veterinary Technician ER Nurse.

15. The following tasks were included in Lamay's responsibilities and duties:

   a. Janitorial cleaning;

   b. Sterilization of medical instruments and cleaning of the surgical room and intake rooms;

   c. Client intake, accounts receivable, general reception including long distance calls and credit card payments;

   d. Bank deposits for Steel City Vets;

   e. Inventory and order supplies;

   f. Triage of sick animals;

      g.  Prepare animals for surgery and assist with surgery; and,

      h.  General veterinary assistance.

16.  Lamay's position was not exempt from the overtime requirements of the FLSA.

17.  Defendants terminated Lamay's employment on January 9, 2020.

18.  Lamay regularly worked in excess of forty hours in a workweek.

19.  Defendants failed to pay Lamay one-and-one-half times her regular rate of pay for each hour worked over forty in a workweek.

20.  Specifically, during some pay periods Defendants paid Plaintiff her regular rate for each hour worked more than forty in a workweek instead of one-and-one-half times her regular rate.

21.  During other pay periods in which Plaintiff worked more than forty hours in a workweek, Defendants paid Plaintiff one-and-one-half times her regular rate for forty hours of work.

22.  These practices violate the provisions of the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

23.  As a result of these unlawful practices, Plaintiff suffered a loss of wages.

24.  Defendants showed reckless disregard for the fact that their failure to pay Plaintiff appropriate overtime compensation was in violation of the law.

25. All conditions precedent to the filing of this suit have been satisfied.

## FIRST CLAIM FOR RELIEF
(Failure to Pay Overtime in Violation of 29 U.S.C. § 207)

26. Plaintiff incorporates the allegations in paragraphs 1 through 25 as if stated verbatim herein;

27. The FLSA requires covered employers, such as Defendants, to pay all non-exempt employees at a rate not less than one-half times their regular rate of pay for all hours worked in excess of 40 hours per workweek.

28. Plaintiff was not exempt from the requirement that Defendants pay her overtime under the FLSA.

29. From May 15, 2018 to January 9, 2020, Defendants knew that Plaintiff worked in excess of forty hours per week.

30. Defendants did not pay Plaintiff overtime for hours worked in excess of forty hours per week from May 15, 2018 to January 9, 2020.

31. As a result of Defendants' failure to pay Plaintiff overtime at a rate of one and a one-half times her regular rate of pay for hours worked in excess of forty hours per week, Defendants violated the FLSA.

32. Defendants' conduct constituted willful violations of the FLSA.

33. Defendants' violations of the FLSA damaged Plaintiff and entitles her to recover the total amount of her unpaid overtime wages, an additional equal amount in liquidated damages, and attorneys' fees and costs.

**WHEREFORE,** Plaintiff respectfully requests this Court:

A. Issue a declaratory judgment that the practices complained of herein are unlawful under the FLSA;

B. Award of unpaid wages, as well as all overtime compensation, due under the FLSA;

C. Award of liquidated damages to Plaintiff as a result of Defendants' willful failure to pay for all wages due as well as overtime compensation pursuant to the FLSA;

D. Award Plaintiff costs, expenses, and reasonable attorneys' fees; and,

E. Award such other and further relief which the Court deems necessary and proper.

## PLAINTIFF DEMANDS TRIAL BY STRUCK JURY

Respectfully submitted,

*/s/ Kate Furek*
KATE FUREK ASB-7878-X69R
Attorney for Plaintiff Alisa Lamay

**OF COUNSEL:**

**Kate Furek Law, LLC**
1924 7th Street
Tuscaloosa, AL 35401
Phone: (205) 293-5293
Email: kate.bhlg@gmail.com

## PLEASE SERVE THE FOLLOWING DEFENDANTS BY CERTIFIED MAIL:

ENRIQUE A. CARLO
1061 Lake Colony Lane
Vestavia, AL 35242

LUNG ROCKET ENTERPRISES, LLC
C/O ENRIQUE A. CARLO, REGISTERED AGENT
1061 Lake Colony Lane
Vestavia, AL 35242

### PLAINTIFF'S ADDRESS:
Ms. Alisa Lamay
c/o Kate Furek
Kate Furek Law, LLC
1924 7th Street
Tuscaloosa, AL 35401